■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN MORRIS, Appellant. (Appeal No. 2.) [984 NYS2d 921]— Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered November 20, 2012. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree and grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Morris* (117 AD3d 1580 [2014]). Present—Scudder, P.J., Fahey, Lindley, Valentino and Whalen, JJ.